UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIRENDAR GUPTA,<br>Plaintiff<br><br>v.<br><br>CITY OF CAMBRIDGE,<br><br>SHERIFF,<br>Middlesex County,<br><br>JOHN DOE,<br>Deputy Sheriff,<br><br>JOHN SMITH,<br>Deputy Sheriff,<br><br>DECK BREWER,<br>Inmate<br>Defendants<br><br>are being sued in their official<br>and/or individual capacity. | CIVIL ACTION No.: 12-11370-WGY |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION
AS TO DEFENDANT CITY OF CAMBRIDGE**

NOW COMES THE PLAINTIFF Birandar Gupta who hereby files this notice of voluntary dismissal as against only the Defendant City of Cambridge pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i).

Respectfully submitted by his Attorney:

//ss//Tamara A. Murray
Tamara A. Murray, Esq.
BBO#431402
Murray and Associates
10 High Street, Suites 1 & 3
Medford, MA 02155
781-306-0005

1

2

## CERTIFICATE OF SERVICE

I, Tamara A. Murray, hereby certify that on this 3rd day of April, 2011, I served one true and correct copy of the attached Notice of Voluntary Dismissal, where unable to do so electronically on all counsel of record in this matter.

//ss//Tamara A. Murray
Tamara A. Murray